**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KENNETH RAY PITTS**                                                                          **PLAINTIFF**
**ADC #085938**

**VS.**                                        **4:20cv00783-BRW-JJV**

**EVENS, *et al*.**                                                                          **DEFENDANTS**

## ORDER

    I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  After carefully considering Mr. Pitts's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

    Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.

    I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

    IT IS SO ORDERED this 5th day of August, 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE