IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNETH RAY PITTS**                                                                                    **PLAINTIFF**
**ADC #085938**

**VS.**                                             **4:20cv00783-BRW**

**EVENS,** *et al*.                                                                                         **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 5th day of August, 2020.


                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE